**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rubiela Vargas ORTIZ, Defendant–**
**Appellant.**

**No. 11–13801**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 17, 2012.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, U.S. Attorney's Office, Miami, FL, Patricia L. Diaz, Jennifer C. Millien, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Robert N. Berube, Robin J. Farnsworth, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before WILSON, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Rubiela Vargas Ortiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ortiz's conviction and sentence are **AFFIRMED**.